# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00023-CV

**In re The Honorable Charles Holcomb**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We grant the motion for emergency consideration and overrule the petition for writ of mandamus filed by relator, the Honorable Charles Holcomb.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   January 13, 2006